# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 4, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158302(61)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MEEMIC INSURANCE COMPANY,
　　　　　Plaintiff/Counterdefendant-
　　　　　Appellant,

v

SC: 158302
COA: 337728
Berrien CC: 2014-000260-CK

LOUISE M. FORTSON and RICHARD A.
FORTSON, Individually and as Conservator
for JUSTIN FORTSON,
　　　　　Defendants/Counterplaintiffs-
　　　　　Appellees.
_____/

　　　　On order of the Chief Justice, the motion of the Insurance Alliance of Michigan to file a brief amicus curiae is GRANTED. The amicus brief submitted on October 3, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 4, 2019



Clerk